**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

BRIAN W. HAMILTON
ELIZABETH A. HAMILTON,

**Case No.:  19-12215 VFP**

Debtors

**NOTICE OF RESERVE ON CLAIM**

Creditor:           GREENSKY LLC
Trustee Claim #:    5
Court Claim #       3
Claimed Amount:     $1,261.13
Date Claim Filed:   02/19/2019

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Disbursement checks have been returned as undeliverable.  A change of address must be filed with the Court. A change of address must be filed with the Court by the **creditor** or **creditor's attorney ONLY.**  The Trustee's records will not be updated by the filing of any other party.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  June 04, 2020

By:    /S/  Marie-Ann Greenberg
       Chapter 13 Standing Trustee

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

---

BRIAN W. HAMILTON
ELIZABETH A. HAMILTON
403 HIGH STREET
NORWOOD, NJ   07648

GREENSKY LLC
PO BOX 71215
CHARLOTTE, NC   28272

GREENSKY, LLC
1797 NORTHEAST EXPRESSWAY, SUITE 100
ATLANTA, GA   30329

WARREN D. LEVY, ESQ.
KEAVENEY LEGAL GROUP
1000 MAPLEWOOD DRIVE
SUITE 202
MAPLE SHADE, NJ   08052