| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Brian W. Hamilton<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3094<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Elizabeth A. Hamilton<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0921<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–12215–VFP | | |

# Order of Discharge                                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Brian W. Hamilton                                   Elizabeth A. Hamilton

<u>3/22/22</u>                                             **By the court:** <u>Vincent F. Papalia</u>
                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                       Case No. 19-12215-VFP
Brian W. Hamilton                                                                                  Chapter 13
Elizabeth A. Hamilton
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                           User: admin                                       Page 1 of 3
Date Rcvd: Mar 22, 2022                  Form ID: 3180W                                Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian W. Hamilton, Elizabeth A. Hamilton, 403 High Street, Norwood, NJ 07648-1228 |
| cr | + | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518006672 | #+ | GreenSky Credit, Attn: Bankruptcy, PO Box 29429, Atlanta, GA 30359-0429 |
| 519333182 | + | Greensky LLC, PO Box 71215, Charlotte, NC 28272-1215 |
| 518006676 |   | Shellpoint Mortgage Servicing, PO Box 740039, Cincinnati, OH 45274-0039 |
| 518006677 | + | Summit Collection Services, 50 N Franklin Tpke., Suite 5, Ho Ho Kus, NJ 07423-1562 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 22 2022 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 22 2022 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Mar 23 2022 00:28:00 | AIS Portfolio Services, LP, Attn: Ally Financial Department, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Mar 23 2022 00:28:00 | AIS Portfolio Services, LP Attn: Ally Financial De, 4515 N Santa Fe Ave., Dept APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: CHRM.COM | Mar 23 2022 00:28:00 | Santander Consumer USA Inc., d/b/a Chrysler Capita, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 518147516 | | EDI: GMACFS.COM | Mar 23 2022 00:28:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 519277865 | + | EDI: AISACG.COM | Mar 23 2022 00:28:00 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518006668 | + | EDI: GMACFS.COM | Mar 23 2022 00:28:00 | Ally Financial, Attn: Bankruptcy Dept, PO Box 380901, Bloomington, MN 55438-0901 |
| 518006669 | + | EDI: TSYS2 | Mar 23 2022 00:28:00 | Barclays Bank Delaware, Attn: Correspondence, PO Box 8801, Wilmington, DE 19899-8801 |
| 518016103 | + | EDI: CHRM.COM | Mar 23 2022 00:28:00 | CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 22, 2022 | Form ID: 3180W | Total Noticed: 36 |

| | | | | |
|---|---|---|---|---|
| 518006670 | + | EDI: CAPITALONE.COM | Mar 23 2022 00:28:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518170385 | + | EDI: AIS.COM | Mar 23 2022 00:28:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518006671 | + | Email/Text: bbagley@enerbankusa.com | Mar 22 2022 20:34:00 | EnerBankUSA, Attn: Bankruptcy, 1245 Brickyard Rd Ste 600, Salt Lake City, UT 84106-2562 |
| 518040786 | + | Email/Text: bankruptcy@greenskycredit.com | Mar 22 2022 20:34:00 | Home Depot Loan Services, c/o Greensky, LLC, 1797 Northeast Expressway, Ste 100, Atlanta, GA 30329-2451 |
| 518056926 | + | EDI: HY11.COM | Mar 23 2022 00:28:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 518006673 | + | EDI: FORD.COM | Mar 23 2022 00:28:00 | Kia Motors Finance, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 518579111 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2022 20:36:25 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518579110 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2022 20:36:35 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518162810 | | EDI: PRA.COM | Mar 23 2022 00:28:00 | Portfolio Recovery Associates, LLC, C/O Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518179162 | | EDI: PRA.COM | Mar 23 2022 00:28:00 | Portfolio Recovery Associates, LLC, C/Osynchrony Bank, POB 41067, Norfolk VA 23541 |
| 518162780 | | EDI: PRA.COM | Mar 23 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 518179343 | | EDI: PRA.COM | Mar 23 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Pc Richard, POB 41067, Norfolk VA 23541 |
| 518180221 | + | Email/Text: bncmail@w-legal.com | Mar 22 2022 20:34:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518006675 | + | EDI: DRIV.COM | Mar 23 2022 00:28:00 | Santander Consumer USA, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 518540185 | + | EDI: RMSC.COM | Mar 23 2022 00:28:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518007778 | + | EDI: RMSC.COM | Mar 23 2022 00:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518006678 | + | EDI: RMSC.COM | Mar 23 2022 00:28:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 518006679 | + | EDI: RMSC.COM | Mar 23 2022 00:28:00 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 518178826 | | Email/Text: mtgbk@shellpointmtg.com | Mar 22 2022 20:34:00 | THE BANK OF NEW YORK MELLON Trustee (See 410), c/o NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 518153582 | + | EDI: AIS.COM | Mar 23 2022 00:28:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Ally Bank Lease Trust, PO Box 130424, Roseville, MN 55113-0004 |
| 518006674 | ##+ | KML Law Group, PC, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2022        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2022 at the address(es) listed below:

**Name**        **Email Address**

James DiMaggio
on behalf of Joint Debtor Elizabeth A. Hamilton jdimaggio@keaveneylegalgroup.com
jdimaggio@keaveneylegalgroup.com;atruss@keaveneylegalgroup.com

James DiMaggio
on behalf of Debtor Brian W. Hamilton jdimaggio@keaveneylegalgroup.com
jdimaggio@keaveneylegalgroup.com;atruss@keaveneylegalgroup.com

John R. Morton, Jr.
on behalf of Creditor Santander Consumer USA Inc.  d/b/a Chrysler Capital as servicer for CCAP Auto Lease Ltd.
ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Marie-Ann Greenberg
magecf@magtrustee.com

Melissa N. Licker
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OC1 mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

Regina Cohen
on behalf of Creditor Ally Bank Lease Trust rcohen@lavin-law.com  ksweeney@lavin-law.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7